IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| ELEANOR ABRAHAM ET AL., <br><br> Plaintiff(s), <br><br> v. <br><br> ST. CROIX RENAISSANCE GROUP, LLLP, <br><br> Defendant(s). | CIVIL NO. 12-CV-0011 <br><br> **ACTION FOR DAMAGES** <br><br> <u>JURY TRIAL DEMANDED</u> |

**NOTICE OF WITHDRAWAL OF PLAINTIFFS' FIRST AMEND COMPLAINT**

**COME NOW** Plaintiffs, by and through their undersigned counsel, and hereby files a Notice of Withdrawal of Plaintiffs' First Amended Complaint filed at, Doc No. 15. Plaintiff is refiling the First Amended Complaint to correct typographical errors herewith.

RESPECTFULLY SUBMITTED,

LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff(s)

DATED: August 7, 2012    BY: ___s/ *Lee J. Rohn*___
Lee J. Rohn, Esq.
VI Bar No. 52
1101 King Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855
Fax: (340) 773-2954

**LEE J. ROHN AND ASSOCIATES, LLC**
1101 King Street
Christiansted
VI 00820-4933
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

Abraham et al. v. St. Croix Renaissance Group
**NOTICE OF WITHDRAWAL OF PLAINTIFF'S FIRST AMEND COMPLAINT**
Page 2

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on August 7, 2012, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Carl J. Hartmann III, Esquire
Law Office of Carl J. Hartmann III
5000 Estate Coakley Bay, L-6
Christiansted, VI  00820
   Attorney For: SCRG

Joel Holt, Esquire
Law Offices of Joel Holt
Quinn House
2132 Company Street, Suite 2
Christiansted, VI  00820
   Attorney For: SCRG

BY: ____s/ *Lee J. Rohn*_____ (mtc)