```
          IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                     DIVISION OF ST. CROIX

ELEANOR ABRAHAM, et al.        :        CIVIL ACTION
                               :
          v.                   :
                               :
ST. CROIX RENAISSANCE GROUP,   :
L.L.L.P.                       :        NO. 12-11
```

ORDER

AND NOW, this 7th day of December, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiffs to remand the action to the Superior Court of the Virgin Islands (Doc. #36) is GRANTED.

```
                              BY THE COURT:


                              /s/ Harvey Bartle III
                              HARVEY BARTLE III         J.
                              SITTING BY DESIGNATION
```